FILED

2014 Mar-11  AM 11:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

| | | |
|---|---|---|
| JUAN JOSE-ALFARO DIAZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:12-cv-03615-WMA-PWG |
| | ) | |
| ERIC H. HOLDER, JR., | ) | |
| Attorney General, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot, filed February 28, 2014. (Doc. # 18). Respondents aver that Petitioner was removed from the United States on February 20, 2014. (Docs. ## 18, 18-1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed.

A separate order will be entered.

DONE this 11th day of March, 2014.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE